IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02021-MSK-KLM

BAINS ULTRA INC.,

      Plaintiff,

v.

7677 EAST BERRY AVENUE ASSOCIATES, LP, d/b/a EVEREST DEVELOPMENT
COMPANY LLC and d/b/a EVEREST DEVELOPMENT COMPANY, and
DIRECT SOURCE GLOBAL, LLC, d/b/a DSG, d/b/a DSG HOLDINGS, LLC, and d/b/a
DIRECT SOURCE GRANITE & STONE IMPORTERS, LLC,

      Defendant(s).

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on **Plaintiff's Motion for Reconsideration** [Docket
No. 16; Filed October 22, 2008] (the "Motion").  The Motion fails to comply with D.C. Colo.
L. Civ. R. 5.1(F).

      IT IS HEREBY **ORDERED** that the Motion is **STRICKEN**.  This is the third Motion
filed by Plaintiff that does not comply with Local Rule 5.1(F) in that it is not "accompanied
by a certificate of service indicating the date it was served, the name and address of the
person to whom it was sent, and the manner of service."  In the present Motion, Plaintiff
informs the Court that it "is serving the foregoing motion via Rule 4 on both Defendants. It
will file an Affidavit of Service as soon as it is prepared."  *Motion* [#16] 3-4.  Service of a
motion is governed by Fed. R. Civ. P. 5.  An affidavit of service is not required.  Rather, all
that is required is that one of the forms of service listed in Rule 5 be satisfied and that
Plaintiff indicate its method of service in a certificate of service which accompanies its
motion.

Dated:  October 29, 2008