IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02021-MSK-KLM

BAINS ULTRA INC.,

    Plaintiff,

v.

7677 EAST BERRY AVENUE ASSOCIATES, LP, d/b/a EVEREST DEVELOPMENT COMPANY LLC and d/b/a EVEREST DEVELOPMENT COMPANY, and
DIRECT SOURCE GLOBAL, LLC, d/b/a DSG, d/b/a DSG HOLDINGS, LLC, and d/b/a DIRECT SOURCE GRANITE & STONE IMPORTERS, LLC,

    Defendant(s).
_____

## ORDER TO PRESERVE TANGIBLE GOODS AND RECORDS
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on **Plaintiff's Unopposed Motion for Issuance of a Preservation Order for Tangible Goods and Records** [Docket No. 26; Filed November 4, 2008] (the "Motion"). Plaintiff informs the Court that neither Defendant opposes the Motion.

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Although "a specific order from the court directing one or both parties to preserve evidence is not ordinarily required," the Motion is not opposed. *See United States v. Boeing Co.*, No. 05-1073-EWB, 2005 WL 2105972, at *2 (D. Kan. Aug. 31, 2005) (unpublished decision). Moreover, while the Court finds that Fed. R. Civ. P. 11 and the Federal Rules of Evidence more than adequately protect Plaintiff here, I consider several additional factors in reaching my decision, namely (1) whether there is significant concern that evidence will be destroyed or lost in the absence of an order; (2) whether Plaintiff is likely to suffer irreparable harm; and (3)

whether Defendants appear capable of adequately protecting such evidence without a specific order to do so. *Id.* I find that Plaintiff has sufficiently demonstrated a concern that the evidence will be lost or destroyed which would irreparably harm Plaintiff's ability to litigate this case. I also find that given Defendants' agreement to this Motion, they appear capable of behaving reasonably and protecting such evidence on their own accord. However, because the balance of factors weighs in Plaintiff's favor, I agree to deviate from the Court's normal practice and reinforce by Order what is already a party's duty.

IT IS FURTHER **ORDERED** that Defendants shall preserve all evidence that may be relevant to the present action, including tangible goods, e.g., bathtubs; records; and documents relating to the manufacture, purchase, and sale of such bathtubs.

Dated: November 5, 2008

BY THE COURT:

s/ Kristen L. Mix
KRISTEN L. MIX
United States Magistrate