IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02021-MSK-KLM

BAINS ULTRA INC.,

    Plaintiff,

v.

7677 EAST BERRY AVENUE ASSOCIATES, LP, d/b/a EVEREST DEVELOPMENT COMPANY LLC and d/b/a EVEREST DEVELOPMENT COMPANY, and
DIRECT SOURCE GLOBAL, LLC, d/b/a DSG, d/b/a DSG HOLDINGS, LLC, and d/b/a DIRECT SOURCE GRANITE & STONE IMPORTERS, LLC,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plainitiff's **Unopposed Motion to Allow Telephonic Participation of Out-of-State Counsel at Scheduling Conference** [Docket No. 30; Filed November 7, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. On the date and time set for the conference, out-of-state counsel for Plaintiff shall contact Chambers on one line at **(303) 335-2770** to participate.

Dated: November 7, 2008