IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02021-MSK-KLM

BAINS ULTRA INC., and
GESTION ULTRA INTERNATIONAL, INC.,

    Plaintiffs,

v.

7677 EAST BERRY AVENUE ASSOCIATES, LP, d/b/a EVEREST DEVELOPMENT COMPANY LLC and d/b/a EVEREST DEVELOPMENT COMPANY, and
DIRECT SOURCE GLOBAL, LLC, d/b/a DSG, d/b/a DSG HOLDINGS, LLC, and d/b/a DIRECT SOURCE GRANITE & STONE IMPORTERS, LLC,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Unopposed Motion to Permit Participation in Settlement Conference by Telephone** [Docket No. 67; Filed March 26, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Counsel for Plaintiffs shall be responsible for ascertaining the telephone number where Plaintiffs' client representative can be reached throughout the duration of the conference.

Dated: March 27, 2009