IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-02021-MSK-KLM

BAINS ULTRA INC.,

       Plaintiff,

v.

EVEREST DEVELOPMENT COMPANY, LLC,

       Defendant.

## ORDER DISMISSING CLAIMS

THIS MATTER comes before the Court on the Joint Motion for Dismissal Pursuant to Fed.R.Civ.P. 41(a)(2) **(#80)** filed April 7, 2009.  Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED**.  Plaintiff's claims against Defendant Direct Source Global, LLC, are hereby dismissed with prejudice.  All future captions shall so reflect.

DATED this 7th day of April, 2009.

       **BY THE COURT:**

       */s/ Marcia S. Krieger*

       Marcia S. Krieger
       United States District Judge