IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02021-MSK-KLM

BAINS ULTRA INC., and
GESTION ULTRA INTERNATIONAL, INC.,

      Plaintiffs,

v.

7677 EAST BERRY AVENUE ASSOCIATES, LP, d/b/a EVEREST DEVELOPMENT COMPANY LLC and d/b/a EVEREST DEVELOPMENT COMPANY,

      Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on **Defendant's _Unopposed_ Motion for Stay** [Docket No. 96; Filed May 12, 2009].  The parties have reached a settlement which fully resolves the remaining claims between them at issue in this case.  Consequently, the Court set a deadline for the parties to file dismissal papers by June 12, 2009 [Docket No. 98].  In the interim, Defendant requests that certain deadlines be stayed.

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  All deadlines set to expire in this case prior to June 12, 2009 are stayed.  On or before June 12, 2009, if no dismissal papers are filed, the parties shall be required to file a joint status report setting forth the reason for the delay and proposed extensions of the deadlines stayed by this Minute Order.

Dated:  May 13, 2009