IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-02021-MSK-KLM

BAINS ULTRA INC.,

      Plaintiff,

v.

EVEREST DEVELOPMENT COMPANY, LLC,

      Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Joint Motion for Dismissal Pursuant to Fed. R. Civ.P. 41 (a)(2) **(#102)** filed June 26, 2009. The Court having reviewed the foregoing:

**ORDERS** that the Joint Motion is **GRANTED**. All claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 26th day of June, 2009.

**BY THE COURT:**

_/s/ Marcia S. Krieger_

Marcia S. Krieger
United States District Judge