IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-02021-MSK-KLM

BAINS ULTRA INC.,

    Plaintiff,

v.

EVEREST DEVELOPMENT COMPANY, LLC,

    Defendant.

---

### AMENDED ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER is before the Court on the Joint Motion for Dismissal Pursuant to Fed. R. Civ.P. 41 (a)(2) **(#102)** filed June 26, 2009. The Court having reviewed the foregoing:

**ORDERS** that the Joint Motion is **GRANTED**. All claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. It is

**FURTHER ORDERED** that the Clerk shall reopen this case as the Court's previous Order at docket entry #104 was issued in error.

DATED this 26th day of June, 2009.

                                    **BY THE COURT:**

                                    */s/ Marcia S. Krieger*

                                    Marcia S. Krieger

United States District Judge